UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-258-MOC-DSC-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DARRYL BOOKER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion for Reconsideration of this Court's order denying defendant's Motion to Amend/Correct Judgment under Rule 35(a) of the Federal Rules of Criminal Procedure. (Doc. No. 192).

Defendant's Motion for Reconsideration is **DENIED** for the reasons stated in the Court's prior order denying the motion to amend/correct judgment. Moreover, to the extent that defendant contends that the judgment entered should be amended for plain error under Rule 52(b), defendant's contention is without merit.

**IT IS SO ORDERED**.

Signed: June 3, 2019

Max O. Cogburn Jr.
United States District Judge