IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CR-258-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| v. | )     **ORDER**<br>) |
| DARRYL BOOKER, | )<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Motion for Admission *Pro Hac Vice* and Affidavit [for James P. Davy]" (document # 202) filed October 7, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 9, 2020

_____
David S. Cayer
United States Magistrate Judge