# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:11-cr-258-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DARRYL BOOKER, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 205).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: October 23, 2020

Max O. Cogburn Jr
United States District Judge